UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK HOTEL AND GAMING TRADES
COUNCIL, AFL-CIO,

                              Petitioner,

                -v-

CSC HUDSON, LLC, ET AL.,

                              Defendants.

24 Civ. 5025 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 2, 2024, Petitioner filed a petition to confirm an arbitral award, Dkt. 1, and

accompanying exhibits.  On July 16 and 24, 2024, Petitioner filed affidavits of service

confirming that the petition and supporting materials had been served upon Respondents.  Dkts.

15–18.

Proceedings to confirm an arbitral award must be "treated as akin to a motion for

summary judgment."  *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).

Accordingly, it is hereby ORDERED that Petitioner shall file and serve a memorandum of law in

support of its petition, as well as any additional materials in support thereof, by **August 28, 2024.**

Respondent's opposition, if any, is due on **September 11, 2024**.  Petitioner's reply, if any, is due

on **September 18, 2024.**

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 7, 2024
        New York, New York